Plaintiff's Exhibit B

10:13

3

GG

**Gerry**

Thu, May 28 at 10:58 AM

Jerry, I'm sorry! I got scammed big time by someone I was trying to help with a life threatening illness & surgery and lost my life savings and my business.

All Margi and I have left is our home, our two old cars, and our Social Security.

Frankly I don't know how we're going to cover our basic expenses.

I am Sincerely Sorry

Gerry

iMessage

Plaintiff's Exhibit B

10:20

3

GG

**Gerry**

Sun, May 31 at 11:18 AM

I certainly had no
intention
if stealing your money
No way‼️
I was scammed
horribley
By whom I thought was
the
Daughter of a fraternity
Brother who had just
undergone dialysis and
lost both kidneys -.-and
was urgently in need of
a
Transplant

She Inturn promised to
Repay me from her late
father's
Estate - but I was
scammed into footing
the
Bill with no repayment
that I had planned to
...y
you with ‼️

iMessage

Plaintiff's Exhibit B

10:21

GG
Gerry

Daughter of a ... nity
Brother who
undergone dialysis and
lost both kidneys -.-and
was urgently in need of
a
Transplant

She Inturn promised to
Repay me from her late
father's
Estate - but I was
scammed into footing
the
Bill with no repayment
that I had planned to
repay
you with ‼️

I have always counted
you
as a good friend that I
have
always respected.

I have lost far more than
just your money.

iMessage

Plaintiff's Exhibit B

I have always
considered
You a true gentleman
and
I have been totally
scammed by someone I
trusted - to be able to
Pay you back!

I honestly believed that I
Would get the estate
money that was
promised
To me & not a scam