In Re: Scott Publishing, LLC v. Goodman
Case No. 26−43070−elm7 −7
Adv. No. 26−04139−elm

# SUMMONS SERVICE EXECUTED

I, Clayton L. Everett

of** Norred Law, PLLC 515 E. Border Street, Arlington, Texas 76010

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the 20th day of October, 2026 I served a copy of the within summons, together with the complaint filed in this proceeding, on

Gerry Maxwell Goodman

the defendant in this proceeding, by *{describe here the mode of service}*

Gerry Maxwell Goodman
USPS First-Class Mail and
Certified Mail Return Receipt Requested:
9589 0710 5270 3846 4390 79

Gerry Maxwell Goodman
c/o Kirk Matthew Claunch, The Claunch Law Firm
USPS First-Class Mail and
Certified Mail Return Receipt Requested:
9589 0710 5270 3846 4390 86

the said defendant at

Gerry Maxwell Goodman
4317 Rowan Drive
Fort Worth, TX 76116

Kirk Matthew Claunch
The Claunch Law Firm
301 W. Central Avenue
Fort Worth, TX 76164

I certify under penalty of perjury that the foregoing is true and correct.

Executed on October 20, 2026 *Clayton L. Everett*
*(Date)* *(Signature)*

** Norred Law, PLLC 515 E. Border Street, Arlington, Texas 76010
*State mailing address*